ALFRED BANKS
1023 10TH Avenue
San Diego Ca. 92101
Phone (616) 544-9822

FILED
2010 SEP 10  AM 10: 04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALFRED BANKS                          )   CASE NO.
                                      )
         Plaintiff                    )
                                      )   '10 CV 1886   BTM CAB
                                      )   COMPLAINT FOR DAMAGES
V.                                    )   FOR INJUNCTIVE RELIEF,
                                      )   FOR VIOLATIONS OF CIVIL
                                      )   RIGHTS PURSUANT TO
ACS EDUCATION & Emp.Latoya, Justin    )   TITLE 42, u.s.c. SECTION
Coast Professional Inc. & EMP         )   1983 TITLE 18, u.s.c.
Shelley Johnston                      )   1962 ET SEQ., AND DEMAND
State Student Aid Comm. JP MOGAN      )   FOR JURY TRIAL.
EXPERIAN/Danna,EQUIFAX/Ariana,Larin   )
TRANS UNION & Charlette,              )
California Student Aid COMM,          )
California Student COMM. EMP. laura   )
NATIONAL UNIVERSITY Kathleen Barnhill )
ACS COLLEGE LOAN CORP.                )
State Student Aid Comm.               )
                                      )
PROCOLLECT INC, UNION WORKERS CS      )
FIRST BANK OF DELAWARE                )
JEFFERSON CAPITAL SYSTET, TRIBUTE     )
COTINENTAL FINANCE/1ST BANKS DE,  )
                                      )
         Defendants                   )
_____)

TO:  THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA.

**Plaintiff Alfred Banks alleges:**

1

## JURISDICTION

1.  The United States District Court has jurisdiction Over the subject matter of this action pursuant to title 42, United States code section 1983

## VENUE

2.  The constitutional violations complaint of herein Occurred within the Southern District of California

## FIRST CLAIM FOR RELIEF

(3)  From on or about August 2004 September 2010 Defendants, each and all of them knowingly and willfully conspired and agreed among themselves to violate the civil rights of the Plaintiff herein by doing the following act in concert with one another:   (a) Defendants, ACS    EDUCATION services, Coast Professional, Inc. $1,862 , EDFUND $1,863, California Student Aid COMM. $1,863, State Student Aid COMM. $2,405, National University $1,200, ACS COLLEGE LOAN CORP $7,857 , State Student Aid Commission  $2,222 , JP MOGAN $1,900, ACS $3,750 and EDUCATION LOAN the above defendants continually negative report , the Principal lender EDFUND and Coast Professional Inc., EXPERIAN, TRANS  UNION and EQUIFAX INFORMATION ERVICES and their Employees. Presented  an inaccurate negative report to EXPERIAN, TRANS UNION and EQUIFAX INFORMATION ERVICES Date Aug,  2004 to this date Sep. 7, 2010 Original Balance $7,587  type Installment terms Monthly Payment Reported Since October 2004 after Defendant ACS had be paid in full in 2007 no change on the negative report.  In addition, Plaintiff's Credit record was badly damaged through the three major credit reporting Services.

(b)     Defendants, ACS EDUCATION services, Coast Professional, Inc., EDFUND Account, California Student Aid, State Student Aid, $2,293, National University,  ACS COLLEGE

LOAN CORP. EDUCATION LOAN, The Principal lender EDFUND and Coast Professional, both failed to deleted the Negative report after they had be paid in full, as their iniquities act toward Plaintive arising out of the same facts as described in (a)

(c)   Defendants, ACS, EDFUND, COAST PROFESSIONAL, ACS COLLEGE LOAN CORP, EDUCATION LOAN, California Student Aid State, National University, EXPERIAN, TRANS UNION and EQUIFAX, each and all of them, have a policy, custom And practice for consistently, willfully, Continue Negative Reporting intentional to cost damage to Plaintiff's record.

## SECOND CLAIM FOR RELIEF

(4) On or about March 2008 Plaintiff open Account with <u>Union Worker Credit Services</u>. On or about June, 2008 Plaintiff made first order of two Items. After plaintiff discover that the items ware defected, Plaintiff called Union Worker and informed them that, he is going to returned the items. Those items were returned, plaintiff did not owned union worker and Procollect Inc. any money, the Negative credit report should be deleted.

(5) On or about February 10 2009 Plaintiff open $300.00 Secure Master card Account with <u>Tribute Credit Card Services</u> Plaintiff Never late, on September 4, 2009 Tribute sent a Notice to Plaintiff of Termination of Card Program. Further that they will return $50.00 to

plaintiff for the balance of his Account if plaintiff close the Account sooner. Plaintiff call Tribute to close the Account, two weeks after plaintiff called Tribute for the $50.00 check defendant Tribute respond that the check is on the way.

A month later plaintiff received a Statement bill with
Monthly Account Maintenance Fee     $10.00
          Late payment charge     $35.00
Overlimit Fee     $35.00
Periodic Finance Charge    $ 8.35
Tribute added the above $88.35 to the closed Account to When they up to $589.00.

NOW JEFFERSON CAPITAL SYSTEM Plaintiff had dispute with Jefferson that he did not Own Tribute/Jefferson Capital System any money Jefferson Capital System Duplicate the Negative credit report in the Credit Report Services the Negative report should be delete.

   (6)  On or about March 2007 Plaintiff open $300.00 Secure Credit Card Account Continental finance/FIRST BANK DE. The first three months plaintiff timely mail the monthly Payment but defendant tribute hold the check for ten days before they process the payment, as result, defendant charge $35.00 late $35.00 overlimit and $6.00 monthly service fee total $76.00. even plaintiff send the payment 10 days before the due day. Plaintiff had not use the card for to buy any thing, but the statement shows balance of $431. Plaintiff called

4

defendant Continental finance to ask why all this Charges? defendant stated that each time they receive payment By mail, they hold it for ten days before process that is why it come one day late each time, and the only way That the payment process same day is only if plaintiff use Western union payment service with $12.00 fee, the payment will be apply Same day. For $15.00 payment, plaintiff had to pay $27. Plaintiff received over 5 phone calls from defendant daily include Late night calls to make payment. As a result, Plaintiff Ask Continental finance what he needed to do, for them to delete the negative, they said the negative stay for seven years but if Plaintiff pay in full, they will wave the seven years, close the account and delete the negative. Plaintiff timely paid over $740.00 for $300.00 secure credit card. To this day defendant had failed to delete the negative. The negative report should be deleted. Defendant is liable for $5,000.00

### THIRD CLAIM FOR RELIEF

(7) On or about February 2 2006 Plaintiff had be Disputing the above negative Items with the Defendants Experian, Trans Union and Equifax, Reporting services. Each time defendant Update with no change. On about August 7, 2007 all defendants had be paid in Full by consolidation, again plaintiff dispute the negative items because the

5

above defendants agrees to delete all negative report if payment is made in full.

On Jun 14, 2010 Plaintiff made a written to the above three Major Credit Reporting Services by Certified letter stated:

"I never sign four Student Loan. The above Negative account must be deleted withen ten days of this Letter. You must receive a written respond by letter signed by the above Creditors. The written respond must include a COPY OF THE cancel CHECKs that I Signed if any,. It is the responsibility of the Credit Reporting Services to Report Accurate Report. There is a liability on both parties whom willfully request for a Negative report for Promissory Note without a proof of payment by cancel check and the Credit Reporting services to continue Inaccurate negative report since 2004."

Ten days had pasted the negative report regarding all Student Loan had not be Deleted Defendant failure to delete negative reports. As a result, Experian, Trans Union and Equifax, Reporting services will be liable same as all the defendants that gave them an inaccurate credit items to report.

8. The acts in chain of event of the Defendants, each all of them, as described herein above, constitute A continuing conspiracy on their part in which each unconstitutional deprivation of Plaintiff's Rights led to another one.

9. Defendants, each all of them, did the acts and things herein alleged Pursuant to, and in furtherance of, the conspiracy and above-alleged agreement.

10  Each succeeding defendant furthered the conspiracy by cooperation

with the Preceding Defendants, by lending aid and encouragement to them and by ratifying and adopting Their acts in that each act in chronological order predictably led to a subsequent act on Defendants part which resulted in further denial of Plaintiff's constitutional rights.

11   As a proximate result of the wrongful acts herein alleged, Plaintiff and been generally Damaged in the sum of $12,000,000.00

12   Plaintiff has incurred fees, expenses, and has lost profits from his business as A result of Defendants acts and is, therefore, entitled to be reimbursed for same.

13   Defendants, and each all of them, did the things herein alleged maliciously and to oppress Plaintiff.   Plaintiff is therefore, entitled to exemplary or punitive damages In the sum of $2,000,000.00.

## JURISDICTION

14   The United States District Court has jurisdiction of The subject matter of this action pursuant to section 1964 (c), Title 18, United State Code.

## VENUE

15   The Southern District of California is the proper venue For this action pursuant to section 1965 (a), Title 18, united States Code.

## FOURTH CLAIM FOR RELIEF

16   From 2004 to the present, Defendants, and each of them, Have engaged in a serried of action which constitute a pattern Of racketeering activity and each Defendant has participated in An enterprise, the activities of which affect interstate

7

Commerce, as describe herein below.

17   In 2004, 2005, 2006, 2007 to 2010 Defendants Consistently denied Plaintiff's request to delete negate report After paid in full this request under color of law, when, in fact There was no support in the for these acts.

18   The conduct of the Defendants described in paragraphs 3 through 21 hereinabove was done on the basis of the fact that Plaintiff is Black and is representing himself.

19   The enterprise that Defendants were engaged in was the Purported conduct of a legitimate legal system. Instead, Defendant, each and all of them, have engaged in a pattern of Racketeering activity with the intent to oppress Plaintiff, to Discourage Plaintiff from exercising his constitutional right, And as an end resort, destroy Plaintiff's Credit record.

20   This conduct of Defendants each and all of them, was Pursuant to a continuing conspiracy to obstruct justice within The meaning of section 1962 (c) and (d), Title 18, United States Code.

21   As a result of the Defendants' wrongful conduct, Plaintiff has been injured in his mind, body, business and Property and, therefore, Plaintiff entitled to all civil remedies Set forth under section 1964(c) of Title 18, United States Code.

   WHEREFOREE, Plaintiff Prays judgment against Defendants, and Each all of them, as follow:

1.   For general damages in the sum of $12,000.000.00;

2.   For special damages in the sum of $50,000.00;

3.   For exemplary or punitive damages in the sum of $2,000,000.00

4.   For treble damages;

5. For all negatives report records be deleted;
6. For all Experian, Trans Union and Equifax up date Plaintiff's Credit Score to 800
7. For costs of suit herein incurred; and
8. For such other and further relief as the court may Deem proper.

DATED 9-10-2010

Alfred Banks
Attorney In Pro Pria Persona

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ALFRED BANKS

**DEFENDANTS**
2010 SEP 10 AM 10: 03

(b) County of Residence of First Listed Plaintiff: SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: ACS
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
'10 CV 1886    BTM CAB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☒ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☒ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28-1331
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE
SIGNATURE OF ATTORNEY OF RECORD
X A.B.

**FOR OFFICE USE ONLY**

RECEIPT # 17859   AMOUNT $350   9/10/10 BW   APPLYING IFP   JUDGE   MAG. JUDGE

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS017859
Cashier ID: bhartman
Transaction Date: 09/10/2010
Payer Name: ALFRED BANKS
----------------------------------
CIVIL FILING FEE
 For: BANKS V ACS
 Case/Party: D-CAS-3-10-CV-001886-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 2077
 Amt Tendered: $350.00
----------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00


There will be a fee of $45.00
charged for any returned check.
```