# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ALFRED BANKS, | CASE NO. 10cv1886-BTM(CAB) |
|---|---|
| Plaintiff, | |
| vs. | Order Granting Leave to File |
| ACS EDUCATION & Emp. Latoya, et al. | |
| Defendants. | |

In accordance with the Court's May 23, 1996 pre-filing order, Case No. 95mc77, Plaintiff Alfred Banks has filed a motion for leave to file a complaint for damages. The pre-filing order enjoined Plaintiff from filing future lawsuits in this Court under 42 U.S.C. § 1983, and from naming particular Defendants, absent leave of the chief judge.

A pre-filing order implicates the litigant's right to due process as well as the right to access to courts. Molski v. Evergreen Dynasty Corp., 500 F.3d 1047, 1057 (9th Cir. 2007). Although the caption of Plaintiff's complaint contains a citation to 42 U.S.C. § 1983, Plaintiff alleges Defendants incorrectly created a negative credit report and then failed to delete or correct the report. These do not appear to be constitutional claims which Plaintiff may assert under § 1983. In addition, Plaintiff has not named any of the Defendants listed in the Court's May 23, 1996 pre-filing order. Having reviewed Plaintiff's proposed Complaint in this case, the Court concludes

///

///

1  the claims asserted therein do not fall within the scope of the pre-filing order. Therefore, the Court
2  GRANTS Plaintiff's motion for leave to file the complaint.
3       **IT IS SO ORDERED**.
4  **DATED: October 21, 2010**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**