UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 JUN -8 PM 3:36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Banks,

        Plaintiff,

vs.

ACS Education, et al.,

        Defendant.

CASE NO. 10cv1886 AJB (CAB)

JUDGMENT AND DISMISSAL BY COURT
UNDER RULE 4(m) F.R.Civ.P. FOR WANT
OF PROSECUTION

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to defendants Charlette, ACS Education Employee Latoya, ACS Education Employee Justin, State Student Aid Commission, JP Morgan, Experian Employee Danna, Equifax Employee Ariana, Equifax Employee Larin, Procollect, Inc., First Bank of Delaware, Tribute and Continental Finance without prejudice, for want of prosecution.

DATED: June 7, 2011

Anthony J. Battaglia
UNITED STATES DISTRICT JUDGE